812

No. 99–1663. DISTRICT INTOWN PROPERTIES LIMITED PARTNERSHIP ET AL. *v.* DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 99–1671. BREWER, PERSONAL REPRESENTATIVE OF THE ESTATE OF BREWER, DECEASED *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–1694. HASS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–1722. THOMAS TRUCK LEASE, INC., ET AL. *v.* LEE COUNTY, MISSISSIPPI, BY AND THROUGH ITS TAX COLLECTOR, BELK. Sup. Ct. Miss. Certiorari denied. 

No. 99–1723. KLAMATH DRAINAGE DISTRICT ET AL. *v.* PATTERSON, REGIONAL DIRECTOR, MID-PACIFIC REGION, UNITED STATES BUREAU OF RECLAMATION, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 99–1726. BATTISTA ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, APPOINTED RECEIVER OF BANK OF NEWPORT. C. A. 9th Cir. Certiorari denied. 

No. 99–1731. NAHEY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. 

No. 99–1746. WATERMAN STEAMSHIP CORP. *v.* ANDERSON. Ct. App. La., 4th Cir. Certiorari denied.

No. 99–1747. O'CONNELL ET UX., LEGAL REPRESENTATIVES OF THEIR DAUGHTER, O'CONNELL *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES; and
No. 99–1749. TERRAN, AS LEGAL REPRESENTATIVE OF TERRAN, A MINOR *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied. Reported below: No. 99–1747, 217 F. 3d 857; No. 99–1749, 195 F. 3d 1302.

No. 99–1750. MUNOZ ET AL. *v.* ORR ET AL. C. A. 5th Cir. Certiorari denied. 